# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SCOTTIE BROYLES**                                                                                                       **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.: 1:24-CV-110-JMV**

**SGT. JOHNNY BRUCE**                                                         **DEFENDANT**

## JUDGMENT OF DISMISSAL

The parties filed a Stipulation of Dismissal [29] on November 25, 2024.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs and fees. The Court will retain jurisdiction over this lawsuit for the purpose of entertaining a motion to enforce the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 2nd day of December, 2024.

                                                                 */s/ Jane M. Virden*
                                                                 UNITED STATES MAGISTRATE JUDGE